No. 1858. El Pueblo, Apelado, v. Torres, Apelante.— Corte de Distrito de Aguadilla. Acometimiento y agresión

con agravantes. Resuelto en febrero 2, 1922. No apareciendo de los autos que se haya cometido error fundamental alguno, se confirma la sentencia.